UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARC GABRIEL SALAZAR,**

Plaintiff,

v.                                                    **No. 4:25-cv-01364-P-BJ**

**LOCKHEED MARTIN CORP.,**

Defendant.

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case regarding an Emergency Motion. ECF Nos. 36–7. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's Motion is, therefore, **DENIED without prejudice**.

**SO ORDERED** on this **26th day of March 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE