UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARC GABRIEL SALAZAR,**

   Plaintiff,

v.

                                                  **No. 4:25-cv-01364-P**

**LOCKHEED MARTIN CORP.,**

   Defendant.

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, ECF No. 83, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge, ECF No. 83, are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant's Motion to Dismiss, ECF No. 51, is **GRANTED** and Plaintiff's Motion for Leave to File Fourth Amended Complaint, ECF No. 79, is **DENIED**. It is also **ORDERED** that all claims in the above-captioned and styled case are **DISMISSED with prejudice**.

**SO ORDERED** on this **23rd day of June 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE